**THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

South Carolina Department of Social Services,
Respondent,

v.

Rita Wilson and Irwin Demetrice Wilson, Defendants,

of whom Rita Wilson is the Appellant.

In the interest of minors under the age of eighteen.

Appellate Case No. 2025-001449

---

Appeal From Richland County
C. Vance Stricklin, Jr., Family Court Judge

---

Unpublished Opinion No. 2026-UP-101
Submitted February 18, 2026 – Filed February 23, 2026

---

**AFFIRMED**

---

Nancy Carol Fennell, of Irmo; and Rita Wilson, of Columbia, pro se, both for Appellant.

Kathryn J. Walsh, of the South Carolina Department of Social Services, of Spartanburg, for Respondent.

Angela L. Kohel, of Richland County CASA, of Columbia, for the Guardian ad Litem.

**PER CURIAM:**  Rita Wilson appeals the family court's final order terminating her parental rights to her minor children.  *See* S.C. Code Ann. § 63-7-2570 (Supp. 2025).  Upon a thorough review of the record, Wilson's pro se response, and the family court's findings of fact and conclusions of law pursuant to *Ex parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues warrant briefing.  Accordingly, we affirm the family court's ruling.

**AFFIRMED.**[1]

**GEATHERS, HEWITT, and CURTIS, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.